Stan E. Riddle (Bar No. 167732)
Law Offices of Stan E. Riddle
546 60th Street, Unit B
Oakland, CA 94609
Tel. (510) 868-1765
Fax. (925) 262-4643

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

    Roberto Crisostomo Villamil

    1343 Elkwood Dr.
    Milpitas, CA 95035

                      Debtor

)  Chapter 13 Case No.: 19-51653-SLJ
)
)  NOTICE AND OPPORTUNITY FOR
)  HEARING ON THIRD AMENDED
)  CHAPTER 13 PLAN

    PLEASE TAKE NOTICE that the Debtor has filed a Third Amended Chapter 13 Plan. Parties in interest are urged to review the Third Amended Chapter 13 Plan, a copy of which is attached hereto and incorporated herein by reference, as it may affect their legal rights.

    FURTHERMORE, PLEASE TAKE NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ANY OBJECTION TO THE RELIEF REQUESTED HEREUNDER, OR ANY REQUEST FOR A HEARING HEREON, MUST BE FILED AND SERVED ON DEBTOR AND ITS ATTORNEYS OF RECORD HEREIN WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 (b)(3)(A)(iv) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, IF A TIMELY OBJECTION HERETO OR A TIMELY REQUEST FOR A HEARING HEREON IS MADE, IT SHALL BE THE RESPONSIBILITY OF DEBTOR AND/OR ITS ATTORNEY OF RECORD HEREIN TO GIVE AT LEAST SEVEN (7) DAYS' WRITTEN NOTICE TO THE OBJECTING OR REQUESTING PARTY AND ANY TRUSTEE OR COMMITTEE APPOINTED HEREUNDER.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT ANY OBJECTION HERETO OR REQUEST FOR A HEARING HEREON MUST BE ACCOMPANIED BY ANY DECLARATION OR MEMORANDA OF LAW THE OBJECTION OR REQUESTING PARTY WISHES TO PRESENT IN SUPPORT OF ITS POSITION.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 (b)(3)(A)(iii) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT IF NO TIMELY OBJECTION HERETO IS RAISED OR IF NO TIMELY REQUEST FOR A HEARING HEREON IS MADE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT HEREUNDER BY DEFAULT.

Date: September 14, 2020          /s/ Stan E. Riddle
                                               Stan E. Riddle, Attorney for Debtor